THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Eugene
Gary,        Appellant.
 
 
 

Appeal From Richland County
M. Duane Shuler, Circuit Court Judge

Unpublished Opinion No. 2003-UP-094
Submitted January 25, 2002  Filed February 
 4, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, for appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 & Solicitor Warren B. Giese, all of Columbia, for respondent.
 
 
 

 
 PER CURIAM:  Eugene 
 Gary was convicted of murder, armed robbery, and possession of a knife during 
 the commission of a violent crime.  He was sentenced to life imprisonment for 
 murder, thirty years imprisonment for armed robbery, and five years imprisonment 
 for possession of a knife during the commission of a violent crime, all sentences 
 to run consecutively.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Garys counsel attached a petition to be relieved.  Gary filed a pro 
 se response.  
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Garys appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.